IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 07-749-03 |
| RICHARDSON MIRANDA | |

## ORDER

AND NOW, this 4th day of April, 2019, upon consideration of the Government's Motion to Dismiss Indictment and Quash Arrest Warrant ("Motion") (Doc. 84), **IT IS HEREBY ORDERED AND DECREED** that the Government's Motion is **GRANTED**, and the indictment as to the above-named Defendant is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the warrant issued for Defendant's arrest is hereby **QUASHED.**

BY THE COURT:

*/s/ Petrese B. Tucker*
**Hon. Petrese B. Tucker, U.S.D.J.**